FILED

04/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, *Consolidated Cases* | Cause No. AC 17-0694 **ORDER APPROVING THE APPOITMENT OF SUCCESSOR TRUSTEE OF LIBBY MINE CLAIMANTS' QUALIFIED SETTLEMENT FUND TRUST II** |

Trustee Nancy Gibson and the Libby Claimants having filed a Petition for the Appointment of Successor Trustee for the Libby Mine Claimants' Qualified Settlement Fund Trust II, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Court accepts the resignation of Nancy Gibson and appoints Kent Saxby as successor trustee for Libby Mine Claimants' Qualified Settlement Fund Trust II.

DATED AND ELECTRONICALLY SIGNED BELOW. *April 8, 2021*